**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VANESSA NIECHELLE WINDHAM | : | CASE NO.: A18-70257-JWC |
| DEBTOR | : | |

## TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-referenced matter, and files this Motion to Convert Case to One Under Chapter 7. The Trustee respectfully shows the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on December 3, 2018. The case was confirmed on October 24, 2019. The plan, as proposed, provides for payments of $740.00 per month and a one hundred percent (100%) dividend to unsecured creditors.

2.

The Debtor's mortgage holder, U.S. Bank National Association (hereinafter "U.S. Bank"), filed a Motion for Relief from the automatic stay on December 19, 2019 on property located at 1974 Marvin Lane, Atlanta, Georgia 30311 (hereinafter "the property").

3.

The Debtor scheduled an ownership interest in the property. The current fair market value of the property is $168,150.00. The Debtor did not claim any exemption leaving unexempt equity in the property of $75,691.00.

4.

As of the date of this Motion, unsecured creditors have filed claims totaling $7,955.16.

5.

The Trustee argues it is necessary to convert this case to one under Chapter 7 so to allow the Chapter 7 Trustee to administer the property of the estate and assure the adequate protection of unsecured creditors via liquidation of the Debtor's real property. Allowance of the stay to be lifted so to permit U.S. Bank to foreclose upon the property does not adequately protect unsecured creditors as the value realized from such a sale is likely to be substantially diminished.

6.

Pursuant to 11 U.S.C. § 1307(c)(6), the Court may convert a case under Chapter 13 to one under Chapter 7, or dismiss the case, whichever is in the best interest of creditors, based upon a "material default by the debtor with respect to a term of a confirmed plan." The Debtor has failed to maintain the payments to U.S. Bank as provided under the terms of the confirmed plan, and thus a material default has occurred. It is in the best interest of creditors to convert rather than dismiss for the reasons already specified by the Trustee. U.S. Bank is adequately protected by the equity that exists in the property and the fact that any eventual sale should satisfy their lien in full.

WHEREFORE the Trustee prays that this Chapter 13 case be converted to one under Chapter 7 and that a Chapter 7 Trustee be appointed for administration of the Debtor's estate. The Trustee prays that the conversion fee not be paid until the Court hears this matter and if the case is converted to one under Chapter 7 that the Trustee be permitted to pay the fee with available funds in the Debtor's case.

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/scw*

# CERTIFICATE OF SERVICE

Case No: A18-70257-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Convert This Case to one Under Chapter 7 by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
VANESSA NIECHELLE WINDHAM
3651 PREAKNESS DRIVE
DECATUR, GA 30034

**Creditor:**
U.S. BANK NATIONAL ASSOCIATION
C/O SELECT PORTFOLIO SERVICING, LLC
P.O. BOX 65450
SALT LAKE CITY, UT 84165

**Office of the U.S. Trustee:**
OFFICE OF THE U.S. TRUSTEE
ATTN: JENEANE TREACE
ATTN: DAVID WEIDENBAUM
75 TED TURNER DRIVE, S.W.
SUITE 362
ATLANTA, GA 30303

**Creditor Attorney:**
ALDRIDGE PITE, LLP
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE
SUITE 500
ATLANTA, GA 30305

## (*ALL CREDITORS LISTED ON MAILING MATRIX*)

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Convert Case to One under Chapter 7 using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC


This the 25th day of June, 2020.


/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

```
Label Matrix for local noticing        1st Crd Srvc                              Atlanta Womans Obstetrics
113E-1                                  377 Hoes Lane                            275 Collier Rd NW #230
Case 18-70257-jwc                       Piscataway, NJ 08854-4138                Atlanta, GA 30309-1700
Northern District of Georgia
Atlanta
Wed Jun 24 14:44:18 EDT 2020

Andrea Lynn Betts                       (p)CAPITAL ONE                           Capital One Bank (USA), N.A.
RAS Crane, LLC                          PO BOX 30285                             by American InfoSource as agent
Suite 170                               SALT LAKE CITY UT 84130-0285             4515 N Santa Fe Ave
10700 Abbotts Bridge Road                                                        Oklahoma City, OK 73118-7901
Duluth, GA 30097-8461


Carrington Mortgage Se                  Julian T. Cotton                         Enhanced Recovery Co L
15 Enterprise St                        Padgett Law Group                        8014 Bayberry Rd
Aliso Viejo, CA 92656-2653              Suite 203                                Jacksonville, FL 32256-7412
                                        6267 Old Water Oak Road
                                        Tallahassee, FL 32312-3858


Fulton County Tax Commission            (p)GEORGIA DEPARTMENT OF REVENUE         Christopher Giacinto
141 Pryor Street SW                     COMPLIANCE DIVISION                      Padgett Law Group
Suite 1106                              ARCS BANKRUPTCY                          Suite 203
Atlanta, GA 30303-3446                  1800 CENTURY BLVD NE SUITE 9100          6267 Old Water Oak Road
                                        ATLANTA GA 30345-3202                    Tallahassee, FL 32312-3858


Radha E. Gordon                         Internal Revenue Service                 A. Michelle Hart Ippoliti
Aldridge Pite, LLP                      401 West Peachtree Street, NW            McCalla Raymer Leibert Pierce, LLC
Suite 500, Fifteen Piedmont Center      Stop 334-D Room 400                      1544 Old Alabama Road
3575 Piedmont Road, N.E.                Atlanta, GA 30308-3510                   Roswell, GA 30076-2102
Atlanta, GA 30305-1636


(p)JEFFERSON CAPITAL SYSTEMS LLC        Richard B. Maner                         Ciro A. Mestres
PO BOX 7999                             Richard B. Maner, P.C.                   McCalla Raymer Leibert Pierce, LLC
SAINT CLOUD MN 56302-7999               Suite 200                                1544 Old Alabama Road
                                        180 Interstate N Parkway                 Roswell, GA 30076-2102
                                        Atlanta, GA 30339-2106


Nationstar Mortgage LLC D/B/A Mr. Cooper Nationstar Mortgage LLC d/b/a Mr. Cooper Nationstar/mr Cooper
ATTN: Bankruptcy Dept                   RAS Crane LLC                            350 Highland
PO Box 619096                           10700 Abbotts Bridge Road, Suite 170     Houston, TX 77009-6623
Dallas, TX 75261-9096                   Duluth, GA 30097-8461


Navient                                 Navient Solutions, LLC. on behalf of     Bryce R. Noel
Po Box 9500                             Ascendium Education Solutions            Aldridge Pite, LLP
Wilkes Barre, PA 18773-9500             GLHEC and Affiliates                     3575 Piedmont Road, NE, Suite 500
                                        PO BOX 8961                              Fifteen Piedmont Center
                                        Madison, WI 53708-8961                   Atlanta, GA 30305-1527


Pueblo Benito Resort                    Lee S. Raphael                           Receivables Performanc
23450 Cabo San Lucas                    Prober & Raphael, A Law Corporation      20816 44th Ave W
B.C.S. MEXICO                           Suite 100                                Lynnwood, WA 98036-7744
                                        20750 Ventura Blvd.
                                        Woodland Hills, CA 91364-6207


Joshua Mark Ryden                       Howard P. Slomka                         Storage World
Padgett Law Group                       Slipakoff & Slomka, PC                   3122 Panthersville Rd
Suite 203                               Suite 2100                               Decatur, GA 30034-3829
6267 Old Water Oak Road                 3350 Riverwood Parkway
Tallahassee, FL 32312-3858              Atlanta, GA 30339-3363
```

| | | |
|---|---|---|
| Suntrust Bank/cc 510<br>Po Box 85526<br>Richmond, VA 23285-5526 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Titlemax<br>4648 Hwy 78<br>Loganville, GA 30052 |
| U.S. Bank National Association<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65450<br>Salt Lake City, UT 84165-0450 | U.S. Bank Trust National Association<br>PO Box 814609<br>Dallas, TX 75381-4609 | U.S. Bank Trust National Association, not in<br>PO Box 814609<br>Dallas, TX  75381-4609 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank, N.A<br>Prober & Raphael, A Law Corp.<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Wells Fargo Bank, N.A., et al<br>c/o CARRINGTON MORTGAGE SERVICES, LLC<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA 92806-5948 |
| Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | Vanessa Niechelle Windham<br>3651 Preakness Drive<br>Decatur, GA 30034-3340 | Kristin A. Zilberstein<br>Padgett Law Group<br>Suite 925<br>5501 LBJ Freeway<br>Dallas, TX 75240-6220 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | TitleMax of Georgia, Inc.<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CARRINGTON MORTGAGE SERVICES, LLC | (u)Fay Servicing, LLC | (u)Select Portfolio Servicing Inc. |
| (u)U.S. Bank National Association | (u)WELLS  FARGO  BANK,  N.A. | (du)WELLS FARGO BANK, N.A. |

(du)Wells Fargo Bank, N.A.    (u)Wells Fargo Bank, N.A., et al

End of Label Matrix
Mailable recipients    41
Bypassed recipients     8
Total                  49