**IT IS ORDERED as set forth below:**

**Date: December 19, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VANESSA NIECHELLE WINDHAM | ) | CASE NO.: 18-70257-JWC |
| | ) | |
| DEBTOR. | ) | |

==================================================================

## ORDER GRANTING DEBTOR'S
## MOTION TO APPROVE SALE OF REAL PROPERTY

Debtor, VANESSA NIECHELLE MIDHAM, filed her Motion to Approve Sale of Real Property (the "Motion") (Doc. No. 59) related to the home at 1974 Marvin Lane Atlanta, GA 30311 (the "Property").

The matter came before the Court for a hearing on December 15, 2020. At the hearing, Debtor was represented by counsel Howard P. Slomka, Esq. (and Debtor appeared telephonically) and Chapter 13 Trustee was represented by Julie Anania, Esq. All parties have been served and no parties have objected to the relief requested in the Motion. The Court heard and accepted proffered testimony related to the valuation of the home and the absence of homestead exemptions, and the absence of any paying tenants in the Property. The sale of the Property appears to be in the best interest of the estate. Accordingly, it is

ORDERED that the Motion is GRANTED. Debtor shall be entitled to sell the Property for $110,000.00. All liens secured by the property shall be paid in full at closing. Should any proceeds exceed the payment of the liens and closing costs, $1,000 shall be remitted to Slipakoff & Slomka and reflected in the closing statement. Any additional proceeds shall be remitted directly to the Chapter 13 Trustee Nancy J. Whaley for distribution to unsecured creditors, priority then general unsecured. IT IS

FURTHER ORDERED that the Debtor will provide a copy of the closing statement within 10 days of the sale closing date.

[End of Order]

Drafted by:

___/s/_____

Howard Slomka, Esq.
Attorney for Debtor
GA Bar 652875
Slipakoff and Slomka, PC

6400 Power Ferry Road NW
Suite 391
Atlanta, GA 30339
(404) 800-4001


NO OPPOSITION BY

____/s_____
Julie Anania, Esq.
GA Bar No.: 477064

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303


DISTRIBUTION LIST


Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Howard P. Slomka
Slipakoff and Slomka, PC
6400 Power Ferry Road NW
Suite 391
Atlanta, GA 30339

Vanessa Windham
3651 Preakness Drive
Decatur, GA 30034